JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAMAR MYERS, | Case No. CV 19-8336 FMO (MAAx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MEAN KHIM, | |
| Defendant. | |

**IT IS ADJUDGED** that the above-captioned case is **dismissed without prejudice**.

Dated this 24th day of February, 2020.

                                                                              /s/
                                         Fernando M. Olguin
                                     United States District Judge